DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

UNDERWRITERS AT LLOYDS'
SUBSCRIBING TO COVERNOTE MW0502100,
and LEXMARK INTERNATIONAL, INC.
               *Plaintiffs*,

- against -

EXEL TAIWAN CO., LTD. d/b/a HENDERSON
LINE, HENDERSON LINE LTD.
               *Defendants.*

-------------------------------------x

07 CIV. 5458

07 Civ.

**STATEMENT**
**UNDER F.R.C.P. 7.1**

JUDGE BUCHWALD

FILED JUN - 8 2007 USDC SDNY

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs, private (non-governmental) parties certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:

- Underwriters of Lloyds' – See attached list

- Lexmark International, Inc. – None

1

Dated: Rye, New York
      June 7, 2007

                              MALOOF BROWNE & EAGAN LLC

                              By: _____
                                David T. Maloof (DM 3350)
                                Thomas M. Eagan (TE 1713)
                          411 Theodore Fremd Avenue, Suite 190
                          Rye, New York 10580-1411
                          (914) 921-1200

                          *Attorneys for Plaintiff*

XLB XL LONDON MARKET LIMITED
AGM ACE UNDERWRITING AGENCY
MIT MITSUI MARINE INTERNATIONAL
MLM NAVIGATORS UNDERWRITING AGENCIES LTD
AES AEGIS
PWH HARDY UNDERWRITING GROUP
CNP CANOPIUS
AML AMLIN
MKL MARKEL
CSL CHAUCER - H.H. HAYWARD
AFB BEAZLEY FURLONGE LTD.