AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

UNDERWRITERS AT LLOYDS'
SUBSCRIBING TO COVERNOTE MV0502100,
and LEXMARK INTERNATIONAL, INC.

**SUMMONS IN A CIVIL ACTION**

V.

EXEL TAIWAN CO., LTD. d/b/a HENDERSON
LINE and HENDERSON LINE LTD.

CASE NUMBER:

**07 CIV. 5458**

**JUDGE BUCHWALD**

TO: (Name and address of Defendant)

Exel Taiwan Co., Ltd. d/b/a      Henderson Line Limited
Henderson Line                    c/o DHL Global Fowarding
c/o DHL Global Forwarding         535 Connecticut Avenue
535 Connecticut Avenue            Norwalk, CT 06854
Norwalk, CT 06854

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan, LLC
411 Theodore Fremd Avenue
Rye, New York 10580

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                            JUN - 8 2007

CLERK                                              DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNDERWRITTERS AT LLOYDS' SUBSCRIBING TO
COVERNOTE MW0502100, and LEXMARK
INTERNATIONAL, INC.

         Plaintiffs,

Case No.
07 cv 5458

AFFIDAVIT OF SERVICE

-against-

EXEL TAIWAN CO., LTD, d/b/a HENDERSON
LINE, HENDERSON LINE, LTD.,

         Defendants.

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Yonkers, NY:

On October 2, 2007 at 9:16 a.m. at 535 Connecticut Avenue, Norwalk, CT 06854, I served the within **SUMMONS and COMPLAINT** on **HENDERSON LINE LIMITED c/o DHL Global Forwarding** defendant therein named, by delivering a true copy of same to Christopher Hughs, designated agent.

The person served is a white male, brown hair, 25-35 years old, 5'10"-6'0" in height, 190-200 pounds.

*Caswell Bryan*
Caswell Bryan
License No. 846846

Sworn to before me this
2nd day of October 2007

*NOTARY PUBLIC*

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20/0

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070   •   800-393-1277   •   Fax: 212-393-9796

LegalEase Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNDERWRITTERS AT LLOYDS' SUBSCRIBING TO
COVERNOTE MW0502100, and LEXMARK
INTERNATIONAL, INC.

                Plaintiffs,

Case No.
07 cv 5458

**AFFIDAVIT OF SERVICE**

-against-

EXEL TAIWAN CO., LTD, d/b/a HENDERSON
LINE, HENDERSON LINE, LTD.,

                Defendants.

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Yonkers, NY:

On October 2, 2007 at 9:16 a.m. at 535 Connecticut Avenue, Norwalk, CT 06854, I served the within SUMMONS and COMPLAINT on EXEL TAIWAN CO., LTD. d/b/a HENDERSON LINE c/o DHL Global Forwarding defendant therein named, by delivering a true copy of same to Christopher Hughs, designated agent.

The person served is a white male, brown hair, 25-35 years old, 5'10"-6'0" in height, 190-200 pounds.

Caswell Bryan
License No. 846846

Sworn to before me this
2nd day of October 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20/0



139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796