DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNDERWRITERS AT LLOYDS'         :
SUBSCRIBING TO COVERNOTE MW0502100,
and LEXMARK INTERNATIONAL, INC. :  07 Civ. 5458

                *Plaintiffs,*    :

    - against -            :  **STIPULATION OF**
                                **DISCONTINUANCE**

EXEL TAIWAN CO., LTD. d/b/a HENDERSON  :
LINE, HENDERSON LINE LTD.
                                :

               *Defendants.*    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The parties, through respective undersigned counsel, hereby stipulate that:

    1.    The captioned action is discontinued without costs or fees.

    2.    The parties agree that the claim against Exel Taiwan Co. Ltd., d/b/a Henderson Line and Henderson Line Limited ("Defendants") will proceed in the pending action in the Central District of California entitled Underwriters at Lloyds Subscribing to Covernote MW0502100, et al v. Exel Taiwan Co., Ltd d/b/a Henderson Line, et al pending in Central District of California, docket no. 07-civ-3607-DDP- MAN, and that Defendants do not object to that venue.

Dated: December 20, 2007

1

MALOOF BROWNE & EAGAN LLC

By: /s/ T. M. Eagan
David T. Maloof (DM 3350)
Thomas M. Eagan (TM 1713)
411 Theodore Fremd Avenue – Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023

*Attorneys for Plaintiffs*

DUANE MORRIS LLP

By: /s/ James W. Carbin
James W. Carbin
744 Broad Street Suite 1200
Newark, NJ 07102-3889
Tel: (973) 424-2000
Fax: (973) 424-2001

*Attorneys for Defendants*

SO ORDERED: /s/ Naomi Reice Buchwald
U.S. DISTRICT JUDGE
12/21/07

F:/WP-Docs/0604.22/121707 Stip of Discontinuance.doc

2